AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**DEAN CALEB**
a/k/a Jean Pierre Forbes

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about **MARCH 30, 2006 through MARCH 29, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**knowingly and with intent to effect transactions, use stolen credit card numbers, which were issued to another person or persons, to purchase Amtrak train tickets in the aggregate value of at least $1,000.**

in violation of Title **18** United States Code, Section(s) **1029(a)(5)**.

I further state that I am **SGT. GLEN COSNER**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**SGT. GLEN COSNER**
**AMTRAK POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                         City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## **STATEMENT OF FACTS**

      On Thursday, March 29, 2007, at about 2:30 p.m., officers with the Amtrak Police Department ("APD"), New York Field Office, who were pursuing an on-going fraud investigation, informed investigators with APD, Washington Field Office that the defendant, Dean Caleb, also known as Jean Pierre Forbes, had used stolen credit card numbers to purchase Amtrak tickets in order to travel throughout the country. APD, New York Field Office Investigators provided Sgt. Cosner, of the APD, Washington Field Office with documentation verifying that Amtrak tickets had been purchased for travel to California, New York, Chicago and other cities throughout the country with credit card numbers that had been reported stolen.

Thereafter, on March 29, 2007, at about 4:05 p.m., Sgt. Cosner along with Investigator Eugene Simms, of the APD, Washington Field Office, stopped the defendant at Union Station, in Washington, D.C., as he exited Train 2159, which had arrived from New York, and attempted to board Train 29 en route to Chicago. The defendant was identified as Jean Pierre Forbes, (N.Y. identification card #xxxxxxxxx), which he presented to Sgt. Cosner after he produced an Amtrak ticket in the name of Jean Pierre Forbes (RES #xxxxxx), which had been purchased with a credit card number of which the defendant is not the registered card holder.

The Defendant was later interviewed by Investigator Simms and the Defendant stated that he had received the credit card numbers which he used to purchase the Amtrak tickets from "Angel Lopez" of Chicago, Ill, whom the Defendant said he met four years ago on an Amtrak train. The Defendant also stated that he was aware that the credit card numbers were stolen based on the amount of times he received the credit card numbers from "Lopez." The Defendant indicated that he used the credit card numbers to purchase Amtrak tickets over the last four years, and that he also used the credit card numbers to make monthly cell phone payments for his various cell phones. At the time of arrest, the Defendant was in possession of four different cell phones. The defendant also possessed an Indiana state residence card containing the defendant's photo, and the card was in the name of Sean Miller.
The Defendant consented to a search of his tan bag, which contained pieces of paper with multiple credit card numbers, Amtrak tickets and stubs, Amtrak exchange vouchers, a lap top computer, and an external hard drive.

After arrest, the defendant was transported to Metropolitan Police Department, where he was identified through fingerprint records as Dean Caleb.

A review of Amtrak records indicate that the total amount of fraud loss to Amtrak resulting from the defendant's unauthorized use of credit card numbers is at least $4,000.

                                                                               _____
                                                                               SGT. GLEN COSNER
                                                                               AMTRAK POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF APRIL, 2007

                                                                               _____
                                                                               U.S. MAGISTRATE JUDGE