07-115M

**FILED**

APR 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2007 FDC: 007417    File Date: 03/30/2007
UNITED STATES Vs. DEAN N CALEB
aka JEAN PIERRE FORBES

PDID #:
Lock up number:

L-27

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES No. 2007 FDC 7417

TOT

Vs.

P.D.I.D. No.

Dean Caleb (Defendant)
aka Jean Pierre Forbes

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: April 2, 2007.

**COMMITMENT/RELEASE**

[X] NO BOND    No Bond
[ ] BOND $

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: April 2, 2007

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: _____

Address: _____

_____   Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: 3/30/07

_____
JUDICIAL OFFICER PRESIDING

white-court    yellow-usao    Pink-defense

CD-3026/Mar. 03

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

DEAN CALEB
a/k/a Jean Pierre Forbes
DOB:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about __MARCH 30, 2003 through MARCH 30, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and with intent to effect transactions, use stolen credit card numbers, which were issued to another person or persons, to purchase Amtrak train tickets in the aggregate value of at least $4,500_____.

in violation of Title __18__ United States Code, Section(s) ____1029(a)(5)____.

I further state that I am ____INVESTIGATOR EUGENE SIMMS____, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
INVESTIGATOR EUGENE SIMMS
AMTRAK POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

Date                                                         at   Washington, D.C.
                                                                  City and State

Name & Title of Judicial Officer                              Signature of Judicial Officer

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES
VS.

DEAN CALEB

### STATEMENT OF FACTS

On Thursday, March 29, 2007, at about 2:30 p.m., officers with the Amtrak Police Department ("APD"), New York Field Office, who were pursuing an on-going fraud investigation, informed investigators with APD, Washington Field Office that the defendant, Dean Caleb, also known as Jean Pierre Forbes, had used stolen credit card numbers to purchase Amtrak tickets in order to travel throughout the country.

Thereafter, on March 29, 2007, Investigator Eugene Simms, along with Sgt. Cosner of the APD, Washington Field Office, stopped the defendant at Union Station, in Washington, D.C., as he exited Train 2159 and attempted to board Train 29 en route to Chicago. The Defendant was identified as Jean Pierre Forbes, (N.Y. identification card          ), which he presented to Sgt. Cosner after he produced an Amtrak ticket in the name of Jean Pierre Forbes (          ), which had been purchased with a stolen credit card number.

The Defendant was later interviewed by this investigator and during the interview the Defendant stated that he had received the credit card numbers which he used to purchase the Amtrak tickets from "Angel Lopez" of Chicago, Ill, whom the Defendant said he met four years ago on an Amtrak train. The Defendant also stated that he was aware that the credit cards numbers were stolen based on the amount of times he received the credit card numbers from "Lopez." The Defendant indicated that he used the credit card numbers to purchase Amtrak tickets over the last four years, and that he also used the credit card numbers to make monthly cell phone payments for his various cell phones. At the time of arrest, the Defendant was in possession of four different cell phones.

The Defendant consented to a search of his tan bag, which contained multiple credit card numbers, Amtrak tickets, laptop computer, and stubs. The total amount of fraud associated with the Defendant is at least $4,000.

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption

Subscribed and sworn before me this  3/30  Day of  2007

_E. Simms_                532            APD              _[signature]_
Police Officer        Badge Number      District         Deputy Clerk

# D. C. PRETRIAL SERVICES AGENCY
## Pretrial Services Report
United States vs. DEAN CALEB

DOB:  
PDID:  

Also known as:   Dean N Caleb

**Lockup #:**

| | |
|---|---|
| **File Date:** 03/30/2007 | **Docket Number:** |
| Lockup Date: 3/30/2007 | PSA Case #: 07089952 |
| Date Prepared:   3/30/2007 | |
| Date Printed:    3/30/2007 | |

**Charge(s)**
Credit Card Fraud

**Detention Eligibility and/or Administrative Procedures**

Based upon information available to PSA this defendant does not qualify for any detention or administrative procedures.

**Recommendations**

PSA General Supervision for Superior Court (SC)

Release Conditions:

1. Report to Pretrial Services Agency (PSA) weekly Specify if other selected: Report by phone.
2. Verify your address with Pretrial Services Agency (PSA) within 24 hours.

**Criminal History**

Last complete record check conducted on: 03/30/2007

<u>Arrest(s) Without Disposition(s)</u>

**Jurisdiction:** Louisiana
**City/County:** Louisiana
**Source:** NCIC

The following arrest information was obtained from FBI Records. PSA has no information concerning whether the arrest resulted in a conviction.

07/24/2005     New Orleans, LA     01-Illegal Possession of Stolen Things Charge

PSA was unable to obtain further information from the District court of New Orleans, LA. 504-589-7600.

**Jurisdiction:** New York
**City/County:** New York
**Source:** NCIC

The following arrest information was obtained from FBI Records. PSA has no information concerning whether the arrest resulted in a conviction.

06/29/2005     New York, NY     01-Identity Theft 2nd Degree

According to FBI Records, this defendant was issued a bench warrant on 07/12/2005; case #2005ny044013. PSA would note that no bench warrant appears in the National Criminal Information Center. PSA was unable to obtain further information from the District court of New York City, NY. 212-805-0036.

Personal Background

### Community Ties

**Place of Birth:** Indiana

**DC Area resident for:**   2 days

**Total Time in Area:**   2 days

**Marital Status:** Single

**Children:**   No

**Last Updated Date:**   03/30/2007

**Verified:** No

| | |
|---|---|
| **Verification** | PSA was unable to verify the defendant's information due to no answer of the telephone. |

**Relatives Living With Defendant:**             **Relatives Not Living With Defendant:**

None                                             None

### Address Information

**Current Address:**

**Address Type:** Apartment

**Lives With:** Friend

**Length at Residence:** 12 years           **Last Stayed:** 03/25/2007

**Last Updated Date:** 03/30/2007

**Verified:** No

**Current Address:**

**Address Type:** Apartment

**Lives With:** Friend

**Length at Residence:** 12 years           **Last Stayed:** 03/23/2007

**Last Updated Date:** 03/30/2007

**Verified:** No

## Employment Information

**Status:** Current

**Employment Status:** Employed

**Employer Name:**

**Occupation:** Administrative Assistant

**Length:** 3 months        **Frequency:** Full-Time

**Last Updated Date:**   03/30/2007

**Verified:** No

## Education Information

**Education Level:** 12 years

## Health Information

No health information is available.

## Substance Abuse Information

### Self Reported:
Defendant indicates never having used substances.

**Last Updated Date:**   03/30/2007

### Drug Test:
No Drug Test Information Available

**Prepared By:** Ilario Contreras          **Prepared Date:** 3/30/2007

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
### SUPERIOR COURT CRIMINAL RULE 112

United States / District of Columbia

v.

Dean Caleb

Case Number: LU 27

Charge(s): Theft 1

**PDS**

The Clerk of the Court will please enter my appearance for the Defendant in the above entitled cause this 30th day of March, 2007.

Attorney: Tiffany Sizemore
Address: 633 Indiana Ave NW, WDC 20004

Unified Bar Number: 482381
Telephone Number: 202.824.2512

## DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: **Dean Caleb**  NO. OF DEPENDENTS: _____

LOCK-UP NO. _____ DATE: **3.30.07**  CHARGE: **CCF RSA J I**

| | | | | |
|---|---|---|---|---|
| LIQUID ASSETS | | (Y) | STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | + $ | | STD. 4 AMOUNT | + $ |
| GROSS MONTHLY INCOME | + $ | | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ | | MISD. = | 750 |
| | | | OTHER = | 400 |

LESS: MONTHLY EXTRAORDINARY
    MEDICAL OR OTHER EXPENSES  − $

NET AVAILABLE MONTHLY  (X)    MINIMUM MONTHLY NEED (Z) $

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ ELIGIBLE
IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . ☐ ELIGIBLE WITH CONTRIBUTION

--------

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

☐ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | |
|---|---|
| GROSS MONTHLY FAMILY INCOME | $ |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | − |
| SUBTOTAL | $ |
| LESS: STANDARD 5 AMOUNT (Y) | − |
| SUBTOTAL | $ |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | − |
| SUBTOTAL | $ |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X |
| TOTAL | $ |
| ADD: LIQUID ASSETS | + |
| OTHER ASSETS (1/4) EQUITY | + |
| CONTRIBUTION CAPABILITY    (CC) | $ |

NOTES AND CALCULATIONS

STD 4 AMOUNT  $
$

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]
(DIVIDE MAXIMUM CONTRIBUTION BY 26 FOR FELONY CASE OR BY 13 FOR ANY OTHER CASE)
CONTRIBUTION PAYABLE WEEKLY AT $ _____ PER WEEK FOR _____ WEEKS.

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _____    INTERVIEWER _____    NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES
VS.

DEAN CALEB

## STATEMENT OF FACTS

On Thursday, March 29, 2007, at about 2:30 p.m., officers with the Amtrak Police Department ("APD"), New York Field Office, who were pursuing an on-going fraud investigation, informed investigators with APD, Washington Field Office that the defendant, Dean Caleb, also known as Jean Pierre Forbes, had used stolen credit card numbers to purchase Amtrak tickets in order to travel throughout the country.

Thereafter, on March 29, 2007, Investigator Eugene Simms, along with Sgt. Cosner of the APD, Washington Field Office, stopped the defendant at Union Station, in Washington, D.C., as he exited Train 2159 and attempted to board Train 29 en route to Chicago. The Defendant was identified as Jean Pierre Forbes, (N.Y. identification                    ), which he presented to Sgt. Cosner after he produced an Amtrak ticket in the name of Jean Pierre Forbes                   , which had been purchased with a stolen credit card number.

The Defendant was later interviewed by this investigator and during the interview the Defendant stated that he had received the credit card numbers which he used to purchase the Amtrak tickets from "Angel Lopez" of Chicago, Ill, whom the Defendant said he met four years ago on an Amtrak train. The Defendant also stated that he was aware that the credit cards numbers were stolen based on the amount of times he received the credit card numbers from "Lopez." The Defendant indicated that he used the credit card numbers to purchase Amtrak tickets over the last four years, and that he also used the credit card numbers to make monthly cell phone payments for his various cell phones. At the time of arrest, the Defendant was in possession of four different cell phones.

The Defendant consented to a search of his tan bag, which contained multiple credit card numbers, Amtrak tickets, laptop computer, and stubs. The total amount of fraud associated with the Defendant is at least $4,000.

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption

Subscribed and sworn before me this 3/30 Day of 2007

_____    532    APD    _____
Police Officer               Badge Number    District    Deputy Clerk