# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | :     **Cr. Case No. 07-00115 (DAR)** |
| | : |
| **CALIB DEAN ,** | : |
| | : |
| **Defendant.** | : |

_____

## NOTICE OF CHANGE IN COUNSEL
## FROM THE OFFICE OF THE FEDERAL  PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant

Federal Public Defender, W. Gregory Spencer has assumed responsibility for the defense of

Calib Dean in the above-captioned case.  Mr. Dean's case had previously been assigned to

Assistant Federal Public Defender, Rita B. Bosworth.

Respectfully submitted,


___/s/_____
W. Gregory Spencer
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 208-7500